UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00186

**Eric Aleman,**
*Plaintiff,*

v.

**TDCJ Correctional Officers,**
*Defendants.*

# ORDER

Plaintiff Eric Aleman, a prisoner of the Texas Department of Criminal Justice (TDCJ), submitted a letter asking the court to investigate defendants' alleged assaults TDCJ inmates. Doc. 1. Plaintiff did not pay the filing fee, and his letter did not request any particular relief. Nonetheless, the letter was construed as a complaint for constitutional violations under 42 U.S.C. § 1983 and the case was referred to a magistrate judge.

The magistrate judge issued an order that the plaintiff either pay the filing fee or apply to proceed in forma pauperis (IFP). Doc. 2 at 1. In the same order, the magistrate judge ordered plaintiff to file an amended complaint to cure the deficiencies identified in his original letter. *Id.* at 1–2. Plaintiff received that order but has failed to pay the filing fee, apply for IFP status, or file an amended complaint. Other than acknowledging receipt of the court's order (Doc. 3), plaintiff has not responded or taken any other action to prosecute his case since submitting his original letter (Doc. 1).

The magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice due to plaintiff's failure to comply with the court's order. Doc. 5 at 2. Plaintiff did not file objections. When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 26, 2025.*

J. CAMPBELL BARKER
United States District Judge